**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VITO SANCHEZ, as an individual and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>TRANSFORCE, INC., a Delaware corporation; and DOES 1-50,<br><br>                Defendants. | No. 5:22-cv-00309-JAK-SP<br><br>**ORDER RE JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 23(e) and 41(a)(1)(A)(ii) (DKT. 28)**<br><br>**JS-6** |

Based on a review of the parties' Joint Stipulation to Voluntarily Dismiss Action Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 28)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation

/ /

/ /

/ /

is **APPROVED**. The above-entitled action is dismissed with prejudice as to the named Plaintiff's individual claims, and without prejudice as to the claims of any other individual or party, including the putative class members. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED:   June 28, 2022

_____
John A. Kronstadt
United States District Judge